The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY P. CLAIRMONT,<br><br>Defendant. | NO. CR17-198-RSM<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The defense motion shall be filed on or before November 27, 2020;

b. The government's response to any motion that is filed shall be filed on or before December 11, 2020; and

c. Any reply shall be filed on or before December 18, 2020, and the matter noted for that date.

DATED this 16th day of November, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Clairmont,* 16-CR-198-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970