Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR170-00198RSM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER SEALING EXHIBIT D TO MOTION |
| | ) | FOR COMPASSIONATE RELEASE |
| COREY P. CLAIRMONT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the motion of Corey P. Clairmont for an order sealing Exhibit D to his Motion for Compassionate Release based on the fact that this exhibit includes his personal medical records between 2010 and 2020, the Court finds a sufficient

/

/

/

MOTION RE ORDER SEALING EXHIBIT D
(Clairmont, CR17-00198RSM) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

basis for sealing the exhibit; now, therefore,

IT IS HEREBY ORDERED the Defendant's motion is GRANTED. Exhibit D will remain filed under seal until further order of the Court.

DONE THIS 17th DAY OF DECEMBER, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Michael G. Martin*
Michael G. Martin, WSBA #11508
Counsel for Corey P. Clairmont
500 Union Street, Ste 847
Seattle, WA  98101
michaelm@sidlon.com
206.624.2800 office
206.624.2805 fax

MOTION RE ORDER SEALING EXHIBIT D
(Clairmont, CR17-00198RSM) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805