Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> COREY P. CLAIRMONT, <br><br> Defendant. | No. CR17-00198RSM <br><br> ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY BRIEF |

This motion having come before the Court on the motion of defendant Corey P. Clairmont for an order granting leave to file a reply brief in excess of 6 pages, now, therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Clairmont may file a reply brief in excess of 6 pages regarding his Motion For Compassionate Release.

DONE this 4th day of January 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

ORDER GRANTING LEAVE TO FILE
OVERLENGTH BRIEF
(Clairmont, CR17-00198RSM) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

Presented by:

*s/ Michael G. Martin*
Michael G. Martin, WSBA #11508
Counsel for Corey P. Clairmont

ORDER GRANTING LEAVE TO FILE
OVERLENGTH BRIEF
(Clairmont, CR17-00198RSM) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805